ON PETITION FOR REHEARING EN BANC
PER CURIAM.

ORDER

A petition for rehearing en banc was filed by the Appellant, and a response thereto was invited by the court and filed by the Appellees. The matter was first referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response were referred to the circuit judges who are authorized to request a poll whether to rehear the appeal en banc. A poll was requested, taken, and failed.
Upon consideration thereof,
IT IS ORDERED THAT:
(1) The petition for rehearing en banc is denied.
(2) The mandate of the court will issue on January 12, 2006.
LOURIE, Circuit Judge, with whom MICHEL, Chief Judge, and NEWMAN, Circuit Judge, join, concurs in a separate opinion.
RADER, Circuit Judge, with whom GAJARSA, Circuit Judge, joins, dissents from the order denying rehearing en banc.